IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                 No. CIV S-08-1300 FCD GGH

vs.

KUM CHA KIM,

    Defendant.               ORDER

_____/

         Plaintiff's motion for default judgment presently is calendared for hearing on March 26, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

         Accordingly, IT IS ORDERED that:

         1. The March 26, 2009 hearing on the motion for default judgment, filed February 12, 2009, is vacated; and

         2. The motion is submitted on the record.

DATED: March 16, 2009       /s/ Gregory G. Hollows

                                   U. S. MAGISTRATE JUDGE

GGH:076:Johnson1300.vac.wpd

1